No. 344. MUTUAL RESERVE LIFE INSURANCE COMPANY, PLAINTIFF IN ERROR, *v.* HENRY C. BIRCH. In error to the Supreme Court of the State of New York. Motions to dismiss or affirm submitted November 13, 1905. Decided December 18, 1905. *Per Curiam.* Judgment affirmed with ten per cent damages, in addition to interest and costs. *Mutual Reserve Fund Life Association* v. *Phelps*, 190 U. S. 147; *Connecticut Mutual Life Insurance Company* v. *Spratley*, 172 U. S. 602; *Egan* v. *Hart*, 165 U. S. 188; *Richardson* v. *L. & N. Railroad Company*, 169 U. S. 128; *Young* v. *Valentine*, 177 N. Y. 347; *Woodward* v. *Mutual Reserve Life Insurance Company*, 178 N. Y. 485; *Birch* v. *Mutual Reserve Life Insurance Company*, 181 N. Y. 583; *S. C.*, 91 App. Div. 384. *Mr. Gordon T. Hughes* for plaintiff in error. *Mr. Gilbert E. Roe* for defendant in error.